253 So.2d 220

**Thomas GARNIER et al.**

v.

**Nils R. DOUGLAS et al.**

No. 51825.

Oct. 18, 1971.

In re: Thomas Garnier, Deorice Smith and Rosemary Kendrick applying for writs of certiorari, mandamus and prohibition.

Application denied. It does not appear that the trial judge abused his discretion.

■

253 So.2d 220

**Willie MAJOR**

v.

**Marvin E. HALL et ux.**

No. 51779.

Oct. 21, 1971.

In re: Willie Major applying for certiorari or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 251 So.2d 444.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted limited to the question of damages in accordance with assignment of error.